UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YELITZA PICON,

                      Plaintiff,

-v-

JOHN SZOKE GALLERY–57TH STREET CORP.,

                      Defendant.

19-CV-7212 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: September 19, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge